## CAUSE NO. 1:24-cv-00283

| | | |
|---|---|---|
| TOMMIE D. SCHEXNAYDER | § | UNITED STATES DISTRICT COURT |
| | § | FOR THE EASTERN DISTRICT OF TEXAS |
| | § | BEAUMONT DIVISION |
| Plaintiff, | § | |
| VS. | § | |
| | § | |
| IRAM WAHEED | § | |
| Defendant. | § | |

### AFFIDAVIT OF SERVICE

"The following came to hand on July 29, 2024, 12:53 pm,

**SUMMONS IN A CIVIL ACTION and COMPLAINT,**

and was executed at **2150 AVALON AVENUE, BEAUMONT, TX 77707** within the county of **JEFFERSON** at **02:11 PM** on **Wednesday, July 31, 2024**, by delivering a true copy of **SUMMONS IN A CIVIL ACTION and COMPLAINT**, to the within named

**IRAM WAHEED, by delivering to KOLA WAHEED, Mother, authorized to accept service,**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Meredith Pulliam**, my date of birth is **01/23/1984**, and my address is **675 LINDSEY ROAD, LUMBERTON, TX 77657**, and United States of America. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **HARDIN** County, State of **TEXAS**, on **August 01, 2024**.

_____
**Meredith Pulliam**
**Certification Number: 22835**
**Certification Expiration: 07/31/2025**